KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JAMES KELLER (NYSBN 2893881)
Assistant United States Attorney

MATTHEW C. DIX
Law Clerk

   1301 Clay Street, Suite 340S
   Oakland, California 94912
   Telephone: (510) 637-3928
   Fax:      (510) 637-3724

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00228 WDB |
|      Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ. |
| JOAN S. DENNE, ) | |
|      Defendant. ) | |

     The parties in the above-captioned action stipulate and agree that the time from July 1, 2005 to July 6, 2005 is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Specifically, the parties agree and stipulate that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this time under the Speedy Trial Act for effective preparation by counsel to investigate the potential for pretrial diversion in this case.

     In addition, the parties stipulate and agree that the time between July 1, 2005 to July 6,

//

//

STIPULATION AND [PROPOSED] ORDER
CR 05-00228 WDB

2005 for counsel to prepare this case for the foregoing reasons is a reasonable period of time, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: June 28, 2005

_____
DEBRA LEVINE
Counsel for Joan S. Denne

DATED: June 28, 2005

_____
JAMES KELLER
Assistant United States Attorney

## ORDER

Based upon the reasons provided in the foregoing stipulation of the parties, the Court hereby FINDS that the time between July 1, 2005 to July 6, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv) on the grounds that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this time under the Speedy Trial Act, and that this is a reasonable period of time necessary for the effective preparation of the case by counsel to investigate defendant's potential for pretrial diversion taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED THAT the time from July 1, 2005 to July 6, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: July 5, 2005

/S/ WAYNE D. BRAZIL
_____
WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 05-00228 WDB                              2