KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

ALICIA W. FENRICK ( CASBN 193860)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94912
    Telephone:  (510) 637-3928
    Fax:           (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 05-00228 WDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ. |
| JOAN S. DENNE, | ) | |
| Defendant. | ) | |

       The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from the date of this Order to February 6, 2006 for deferral of prosecution.  The parties agree that pretrial diversion is an appropriate disposition in this matter.  The parties further request that the status appearance currently scheduled for September 29, 2005 at 10:00 a.m. be taken off calendar indefinitely or until such time that counsel for the government requests an additional status conference..

       Ms. Denne has been accepted into the Pretrial Diversion Program and to date as complied with the terms and conditions of the program.  Accordingly, the parties agree that the prosecution will be deferred for a six month period of time for Ms. Denne to demonstrate good conduct under the conditions of a pretrial diversion program.

STIPULATION AND [PROPOSED] ORDER
CR 05-00228 WDB

1  SO STIPULATED.

2

3  DATED: September ___, 2005

4  *[signature: Edward Sullivan]*
   DEBRA LEVINE
   Counsel for Joan S. Denne
   Edward Sullivan, Esq. Signing for Deborah Levine

5  DATED: September ___, 2005

6  *[signature]*
   ALICIA W. FENRICK
   Assistant United States Attorney

7

8  **ORDER**

9  Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED

10 that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) until February

11 6, 2006 for deferral of prosecution by the United States for the purpose of allowing the defendant

12 to demonstrate good conduct under the conditions of a pretrial diversion program. The status hearing

13 scheduled for September ~~27~~ 29, 2005 is hereby VACATED.

14

15 IT IS SO ORDERED.

16

17 DATED: September _28_, 2005

18  *[stamp: IT IS SO ORDERED / Judge Wayne D. Brazil]*
    WAYNE D. BRAZIL
    United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 05-00228 WDB                    2

TOTAL P.03